# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

VIRGINIA KULI,

Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (AMERICAN EAGLE OUTFITTERS),

Respondents

: No. 137 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.